IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:  14-cv-00643-RBJ | Date:  August 12, 2014 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| C5 MEDICAL WERKS, LLC | Erin A. Kelly |
| | Paul J. Lopach |
| | Diana M. Rutowski |
| | Peter D. Vogl |
| **Plaintiff(s)** | |
| v. | |
| CERAMTEC GMBH | Clayton C. James |
| | Raymond A. Kurz |
| **Defendant(s)** | |

### COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session:  8:33 a.m.

Appearance of counsel.

Argument given on [15] Defendant's Motion to Dismiss Pursuant to Fed.R.Civ.P.12(B)(2) for Lack of Personal Jurisdiction.

**ORDERED:  [15] Defendant's Motion to Dismiss Pursuant to Fed.R.Civ.P.12(B)(2) for Lack of Personal Jurisdiction is TAKEN UNDER ADVISEMENT, written order to issue.**

Discussion held on case schedule.

**The Court sets the following deadlines:**

Rule 26(a)(1) disclosures:  September 1, 2014.

Deadline for joinder of parties and amendment of pleadings:  September 26, 2014.

Fact discovery cut-off:  February 14, 2015.

Expert discovery cut-off:  May 9, 2015.

Rebuttal expert discovery cut-off:  June 6, 2015.

Dispositive motion deadline:  July 18, 2015.

**FIVE DAY JURY TRIAL** is set for **September 21, 2015, at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 with a **TRIAL PREPARATION CONFERENCE** set for half a day on **August 31, 2015, at 9:00 a.m**. in the same courtroom location.  Parties are to have exchanged and conferred on jury instructions, exhibit lists and witness lists.  Parties are to be prepared to discuss jury instructions and disputed pretrial matters at the Trial Preparation Conference.

Discussion held on discovery disputes.

**Proposed Scheduling Order was approved and entered with interlineations made by the court.**

Court in Recess:  9:23 a.m.            Hearing concluded.            Total time in Court:  00:50