# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Case No. 14-cv-00643-RBJ-CBS

C5 MEDICAL WERKS, LLC,

    Plaintiff,

v.

CERAMTEC GMBH,

    Defendants.

## ORDER MODIFYING SCHEDULING ORDER

Upon consideration of the joint motion [ECF No. 43] submitted by the Parties concerning the expert discovery deadlines, and it appearing to the Court that sufficient cause exists for the issuance of such Order, it is

ORDERED as follows:

1. The Parties' affirmative expert disclosures shall be exchanged by May 1, 2015.

2. The Parties' rebuttal expert disclosures shall be exchanged by June 1, 2015.

3. The May 9, 2015 affirmative expert discovery cut-off and the June 6, 2015 rebuttal expert discovery cut-off deadlines are VACATED.

4. The Parties shall complete expert discovery by June 26, 2015.

5. All other remaining deadlines shall remain as stated in the August 12, 2014, Scheduling Order (Docket No. 36).

1705128.1

2

DATED this 1st day of December, 2014.

BY THE COURT:

*[signature: Brooke Jackson]*

The Honorable R. Brooke Jackson
United States District Judge