**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 14-cv-00643-RBJ-CBS

C5 MEDICAL WERKS, LLC,

      Plaintiff,

v.

CERAMTEC GMBH,

      Defendants.

## ORDER MODIFYING SCHEDULING ORDER

Upon consideration of the Stipulated Motion submitted by the Parties concerning the trial

date and other deadlines, and it appearing to the Court that sufficient cause exists for the issuance

of such Order, it is ORDERED as follows:

The Scheduling Order (Dkt. 36, as Modified by Dkts. 44, 68 & 69) shall be modified as

follows:

| Event | Current Date | New Date |
|---|---|---|
| Deadline to Complete Fact Discovery | June 30, 2015 | November 3, 2015 |
| Deadline to Serve Affirmative Expert Disclosures | July 27, 2015 | December 10, 2015 |
| Deadline to Serve Rebuttal Expert Disclosures | August 27, 2015 | January 26, 2016 |
| Deadline to Complete Expert Discovery | September 17, 2015 | February 23, 2016 |
| Deadline to File Dispositive Motions | October 15, 2015 | March 11, 2016 |
| Deadline to Provide Copies of Listed Exhibits | TBD by Court | April 8, 2016 |

| Event | Current Date | New Date |
|---|---|---|
| Pretrial Conference | TBD by Court | **April 21, 2016 at 1:30 p.m.** |
| Trial Begins | March 14, 2016 (or May 9, 2016) | **May 9, 2016 at 9:00 a.m.** |

DATED this 30th day of June, 2015.

BY THE COURT:

R. Brooke Jackson
United States District Judge

2