IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-00643-RBJ-CBS | Date:  December 3, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                          *Counsel:*

C5 MEDICAL WERKS, LLC,                          Diana Rutowski
                                                                    Paul Lopach
                                                                    Scott Lonardo

Plaintiff,

v.

CERAMTEC GMBH,                                      Clayton James
                                                                    Anna Shaw
                                                                    Keith O'Doherty

Defendant.

---

# COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 01:27 p.m.**
Court calls case.  Appearances of counsel.

This hearing comes before the court to hear argument regarding pending motions.

**ORDERED:**     *[104] C5's Motion to Compel Production of Documents Pursuant to the Court's September 3, 2015 Order* is **GRANTED in part and DENIED without prejudice in part** as stated on the record.

Defense counsel will send a document to the court for *in camera* review.

Discussion regarding the Joint Proposed Scheduling Order submitted by counsel.  The court suggests that within two weeks of today's date, counsel lock in all depositions.  The court suggests affirmative experts be disclosed by March 24, 2016, rebuttal experts be disclosed by April 24, 2016, and to move the dispositive motion deadline to May 24, 2016.

Magistrate Judge Shaffer will contact District Judge Jackson's staff to discuss the proposed deadlines.

**ORDERED:** Counsel shall call Magistrate Judge Shaffer at 8:30 a.m. tomorrow, December 4, 2015, via a conference call to discuss information received from Judge Jackson's staff.  This call will be off the record.  Counsel shall call (303.844.2117) at the scheduled time.

Further discussion regarding the Defendant filing an answer.

HEARING CONCLUDED.

**Court in recess: 03:35 p.m.**
Total time in court: 02:08

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.