IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00643-RBJ-CBS

C5 MEDICAL WERKS, LLC, and
COORSTEK MEDICAL, LLC,
    Plaintiffs,

v.

CERAMTEC GMBH,
Defendant and Counterclaimant,

v.

C5 MEDICAL WERKS, LLC
    Counterclaim Defendant.

_____

**AMENDED** ORDER GRANTING UNOPPOSED MOTIONS TO RESTRICT
ACCESS TO CERTAIN DOCUMENTS
_____

This civil action comes before the court on the Order Granting Unopposed Motions to Restrict Access to Certain Documents (Doc. # 151). It having come to the court's attention that the documents to be restricted were misidentified in the Motions, IT IS ORDERED that the documents identified in Doc. # 151 are not restricted and that Docs. # 107, # 129, and # 137 shall remain restricted at Level 1.

DATED at Denver, Colorado this 22nd day of January, 2016.

                                                 BY THE COURT:

                                                   s/Craig B. Shaffer
                                               United States Magistrate Judge